UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| ROSA NAVARRO, | |
|---|---|
| Plaintiff, | Case No. 4:24-cv-06829-KAW |
| v. | **JUDICIAL REFERRAL FOR THE PURPOSES OF DETERMINING RELATIONSHIP** |
| APARTMENT MANAGEMENT CONSULTANTS, LLC, | |
| Defendant. | |

Pursuant to Civil Local Rule 3-12(c), the above-entitled case is hereby REFERRED to the Honorable Araceli Martínez-Olguín for consideration of whether the case is related to *Navarro v. Apartment Management Consultants, LLC*, 24-cv-00856-AMO.

IT IS SO ORDERED.

Dated: September 30, 2024

_____
KANDIS A. WESTMORE
United States Magistrate Judge