UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROSA NAVARRO, | Case No. 24-cv-06829-AMO  (SK) |
| Plaintiff, | |
| v. | **ORDER ON PENDING DISCOVERY DISPUTE** |
| APARTMENT MANAGEMENT CONSULTANTS, LLC, | Regarding Docket Nos. 52, 53 |
| Defendant. | |

Now before the Court is the discovery dispute between the parties concerning the production of tenants' files by Defendant Apartment Management Consultants LLC.  Defendant states that these files are only available in paper files spread out over 130 locations and has argued that it is only required to provide Plaintiffs access to the files, at all 130 locations, for Plaintiffs to copy at their own expense.  Plaintiffs argue that they had agreed with Defendant at an earlier date, after a lengthy negotiation, to seek only a ten percent sample of the tenants' files and that Plaintiffs should not be forced to physically review and copy one hundred percent of the tenants' files at all 130 locations.  The Court agrees.  Defendant initially suggested the ten percent sampling of responsive documents, the tenants' files, in order to reduce the burden on Defendant.  (Dkt. No. 35.)  Accepting Defendant's argument, on October 17, 2025, the Court ordered Plaintiff to provide Defendant with a randomly generated sample of ten percent and ordered Defendant to produce those records based on the sample group.  (Dkt. No. 47.)  Defendant now ignores that Order and claims that it need not provide the ten percent sample.

/ / /

/ / /

/ / /

The Court HEREBY ORDERS Defendant to produce the responsive documents for the ten percent sample of Plaintiffs' class to Plaintiffs by July 1, 2026.

**IT IS SO ORDERED**.

Dated: June 2, 2026

_____

SALLIE KIM
United States Magistrate Judge

United States District Court
Northern District of California